ALEX G. TSE, CSBN 152348
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEMA LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case no. 4:17-cv-07098-KAW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR EXTENSION**<br>**OF TIME** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from July 5, 2018 to August 4, 2018, for Defendant to respond to Plaintiff's Complaint and submit the Certified Administrative Record (CAR) in this case. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully states that the requested extension is necessary to allow the Commissioner to prepare the CAR for submission to this Court and all parties in this action. Preparation of the CAR has taken longer than anticipated despite the

Stipulation & PO
4:17-cv-07098-KAW

1

Commissioner's diligent efforts to have it ready on time. Plaintiff does not oppose the requested extension.

Respectfully submitted,

Dated: June 29, 2018                HOMELESS ACTION CENTER

                          By:   /s/ Anne Marie Su*
                                ANNE MARIE SU
                                Attorneys for Plaintiff
                                [*As authorized by email on June 29, 2018]

Dated: July 2, 2018                 ALEX G. TSE
                                    Acting United States Attorney

                          By:   /s/ Margaret Branick-Abilla
                                MARGARET BRANICK-ABILLA
                                Special Assistant United States Attorney
                                Attorneys for Defendant

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   7/2/18

                                    HON. KANDIS A. WESTMORE
                                    United States Magistrate Judge

Stipulation & PO
4:17-cv-07098-KAW