1  ALEX G. TSE, CSBN 152348
   Acting United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARGARET BRANICK-ABILLA, CSBN 223600
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8929
6       Facsimile: (415) 744-0134
7       E-Mail: Margaret.Branick-Abilla@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEMA LEE, | Case no. 4:17-cv-07098-KAW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER FOR EXTENSION** |
| | **OF TIME AS MODIFIED** |
| NANCY A. BERRYHILL, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 45-day extension of time, from September 28, 2018 to November 13, 2018, for Defendant to respond to Plaintiff's Motion for summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's second request for an extension of time.  Defendant's first request was in connection with preparation of the certified administrative record.  Defendant respectfully states that a second extension is necessary because Defendant's counsel was out of the office unexpectedly and requires additional time to complete her review of the record, to evaluate the numerous issues raised in

Stipulation & PO
4:17-cv-07098-KAW

1

Plaintiff's motion and the exhibits attached thereto, to consider whether options exist for settlement, and to prepare Defendant's response if settlement is not possible. This request is made in good faith with no intention to unduly delay the proceedings. Plaintiff does not oppose the requested extension.

Respectfully submitted,

Dated: September 20, 2018         HOMELESS ACTION CENTER

By:  */s/ Anne Marie Su\**
ANNE MARIE SU
Attorneys for Plaintiff
[*As authorized by email on Sept. 20, 2018]

Dated: September 25, 2018         ALEX G. TSE
Acting United States Attorney

By:  /s/ *Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

### [PROPOSED] ORDER AS MODIFIED

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  9/24/18

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge